# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

4/28/10

*Rec #*
*7139*
*$23.54*

Office of the Clerk
United States Bankruptcy Court
U.S. Courthouse, Room 1220
100 State Street
Rochester, New York 14614

      RE:   David M. And Mary Ellen Levine
              BK No.: 06-20310

Dear Clerk:

    It appears from the canceled checks filed herein, that the funds belonging to the estate of the above-named Debtor have been disbursed in accordance with Orders entered herein, excepting the following check:

| Check No. | Payable To | Amount | Claim No. |
|---|---|---|---|
| 117 | Strong Health/Univ. Of Roch<br>601 Elmwood Ave<br>Rochester, NY 14642 | $23.54 | 6 |

where more than ninety (90) days have elapsed since the final notice and the creditor could not be located.

    Enclosed is a Trustee's check payable to the Clerk of the U.S. Bankruptcy Court for the Western District of New York, for the sum of $23.54 representing said dividend check.

Very truly yours,

*Douglas J. Lustig*

Douglas J. Lustig

DJL/mms
Encl.



FILED 4/28/2010
BANKRUPTCY COURT
ROCHESTER, NY

1600 Crossroads Building     585 232 3730
Two State Street     FAX 585 232 3882     CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP